**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**DISTRICT OF MINNESOTA**

Case number (if known): _____   Chapter   **7**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Don Tietz Construction, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **fdba Don Tietz Construction** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **4  1** – **1  9  2  7  4  1  7** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **PO Box 5**<br>Number     Street | _____<br>Number     Street |
| _____ | _____<br>P.O. Box |
| **Callaway**        **MN**    **56521**<br>City           State    ZIP Code | _____<br>City           State    ZIP Code |
| **Becker**<br>County | **Location of principal assets, if different from principal place of business** |
| | _____<br>Number     Street |
| | _____<br>City           State    ZIP Code |

5. Debtor's website (URL)   _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other.  Specify: _____

Debtor __Don Tietz Construction, Inc._____    Case number (if known) _____

| 7. | Describe debtor's business | A. Check one: |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

☒ Chapter 7
☐ Chapter 9
☐ Chapter 11.    Check all that apply:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____  When _____  Case number _____
                                                          MM / DD / YYYY
        District _____  When _____  Case number _____
                                                          MM / DD / YYYY
        District _____  When _____  Case number _____
                                                          MM / DD / YYYY

Debtor    **Don Tietz Construction, Inc.**        Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor **Don & Coleen Tietz**      Relationship **Shareholder**

District **North Dakota**      When **06/22/2017**
                                          MM / DD / YYYY

Case number, if known   **17-60377**

Debtor _____      Relationship _____

District _____      When _____
                                          MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**      *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                    Number      Street

_____

_____
City                    State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor **Don Tietz Construction, Inc.** _____     Case number (if known) _____

| | | | | | |
|---|---|---|---|---|---|
| 14. **Estimated number of creditors** | ☐ 1-49 | ☑ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 ☐ 5,001-10,000 ☐ 10,001-25,000 |

14. **Estimated number of creditors**
☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

15. **Estimated assets**
☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

16. **Estimated liabilities**
☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/19/2017**
MM / DD / YYYY

X **/s/ Donald Tietz** _____     **Donald Tietz** _____
Signature of authorized representative of debtor     Printed name

Title **President** _____

18. **Signature of attorney**

X **/s/ Bruce L. Madlom** _____     Date **07/19/2017**
Signature of attorney for debtor     MM / DD / YYYY

**Bruce L. Madlom**
Printed name

**Madlom Law Office**
Firm name

**1330 Gateway Dr. S.W.**
Number        Street

**P.O. Box 9693**

**Fargo** _____     **ND** ___     **58106-9693** _____
City        State     ZIP Code

**(701) 235-0505** _____     _____
Contact phone     Email address

**04716** _____     **ND**
Bar number     State

**Fill in this information to identify the case:**

Debtor Name **Don Tietz Construction, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF MINNESOTA**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:    Summary of Assets

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B.......................................................................................... | **$0.00** |

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B........................................................................................ | **$154,112.56** |

   1c. **Total of all property**
   Copy line 92 from Schedule A/B.......................................................................................... | **$154,112.56** |

## Part 2:    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.................. | **$50,126.08** |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F........................................... | **$352,485.32** |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.............. | **+ $400,818.62** |

4. **Total liabilities**
   Lines 2 + 3a + 3b........................................................................................................ | **$803,430.02** |

**Fill in this information to identify the case**

Debtor name    **Don Tietz Construction, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF MINNESOTA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

    **All cash or cash equivalents owned or controlled by the debtor**

    **Current value of
    debtor's interest**

2.  **Cash on hand**
    _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

    | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
    |---|---|---|---|
    | 3.1. **X Don Tietz Construction Bremer Bank Checking account #6350** | **Checking account** | __ __ __ __ | **$37.56** |

4.  **Other cash equivalents**    *(Identify all)*

    Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    | |
    |---|
    | **$37.56** |

### Part 2:    Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

    ☑ No. Go to Part 3.
    ☐ Yes. Fill in the information below.

Debtor **Don Tietz Construction, Inc.**
_____
Name

Case number (if known) _____

Current value of
debtor's interest

**7.  Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.  Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81. | **$0.00**

## Part 3:  Accounts receivable

**10.  Does the debtor have any accounts receivable?**

☒ No.  Go to Part 4.
☐ Yes.  Fill in the information below.

Current value of
debtor's interest

**11.  Accounts receivable**

11a. 90 days old or less: ____**$0.00**____ – ____**$0.00**____ = ............ ➔ **$0.00**
         face amount            doubtful or uncollectible accounts

11b. Over 90 days old: ____**$0.00**____ – ____**$0.00**____ = ............ ➔ **$0.00**
         face amount            doubtful or uncollectible accounts

**12.  Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | **$0.00**

## Part 4:  Investments

**13.  Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

Valuation method
used for current value

Current value of
debtor's interest

**14.  Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.  Non-publicly traded stock and interests in incorporated and unincorporated
businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                % of ownership:

**16.  Government bonds, corporate bonds, and other negotiable and
non-negotiable instruments not included in Part 1**

Describe:

**17.  Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83. | **$0.00**

## Part 5:  Inventory, excluding agriculture assets

**18.  Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☒ Yes.  Fill in the information below.

Debtor    **Don Tietz Construction, Inc.**                                                        Case number (if known) _____

_____Name_____

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **rafters, window casings & trim, baseboards** | | | | $400.00 |
| **22. Other inventory or supplies** | | | | |
| **nails, joist hangers & misc.** | | | | $500.00 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                                               **$900.00**

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____   Valuation method _____   Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **28. Crops--either planted or harvested** | | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | | |

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.                                               **$0.00**

**34. Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

　　☐ No

　　☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____   Valuation method _____   Current value _____

Debtor    **Don Tietz Construction, Inc.** _____    Case number (if known) _____
         Name

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **Plotter- $800** **File Cabinets - $30** | | | **$830.00** |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| $830.00 |
|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☒ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **X (Business Asset; Lien)** **2012 Dodge 3500 4WD 6C TDSL** **(Guy Tietz- Son Co-signed)** | | | **$30,800.00** |
| 47.2.  **X (Business Asset; Lien)** **2012 Dodge 1500 4WD V8** **(Jason Coley- other son co-signed)** | | | **$20,200.00** |

Debtor    **Don Tietz Construction, Inc.** _____      Case number (if known) _____
      Name

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats
trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

**Don Tietz Construction Inc Stock #1**

**(collateral for Community Development Bank loan.
Their parcel in Becker County is also collateral for
this loan and they would like to keep the parcel of
land)**

**-2005 Ford F150 $3,000**
**329 John Deere Skid Loader & Bucket $25,000**
**-1998 Volvo Semi Tractor $4,000**
**-Gehl 883 forklift $20,000**
**-Dump Trailer $2,000**
**-2003 36' Trailer $4,000**
**-24' Fifth Wheel flat bed $2,000**
**-Tool trailer $1,000**
**-Office furniture $100**
**-Electric jack hammer $200**
**-Concrete power trowel $200**
**-Scafold planks $400**
**-8" concrete grinder $50**
**-Gas space heaters $100**
**-Work basket for fork lift $500**
**-Aluminum pumpjack scafolding $500**
**-Packer $300**
**-Air nailers $300**
**-2 Dewalt table saws $500**
**-Generator $400**
**-Drills $100**
**-2 air compressors $800**
**-Radial arm saw $300**
**-Tire chains for forklift $100**
**-Hammer drill $50**
**-Levels $100**
**-Sheetrock lift $75**
**-Beam jack $100**
**-hardwood flooring nailer $100**
**-Tile saw, cutters and mixers $200**
**-2 Dewalt trim saws $400**
**-Saw buck trim saw $75**
**-Milwaukee panel saw $150**
**-Home show equipment and displays $500**
**-Electric pressure washer $100**
**-4" jointer $75**
**-Sawsall $25**
**-Spindlekit for stair railings $100**
**-48" fan $20**
**-Air hoses $100**
**-Roto zip saw $20**
**-Steel shingle tools $50**
**-Hand augers 6"; 9" for dirt $50**     _____    _____    _____    **$68,140.00**

Debtor   **Don Tietz Construction, Inc.** _____   Case number (if known) _____
             Name

**Don Tietz Contruction Inc Stock #2**

**(collateral for Community Development Bank loan. Their parcel in Becker County is also collateral for this loan and they would like to keep the parcel of land)**

**-Computer & Software $50**
**-Copiers $20**
**-110 Wire Welder $200**
**-Misc. hand tools & saws $1,000**
**-Generator $400**
**-Drills $100**
**-2 Dewalt trim saws $500**
**-Router $75**
**-Laser $300**
**-Ladders $200**
**-Dust collector $300**
**-Staplers $20**
**-Shop Vac $15**
**-Metal Chop Saw $25**                                                                            $3,205.00

**51.  Total of Part 8.**
     Add lines 47 through 50.  Copy the total to line 87.                                          $122,345.00

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
     ☒ No
     ☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ☒ No
     ☐ Yes

| Part 9: | Real property |
|---------|---------------|

**54.  Does the debtor own or lease any real property?**

     ☒ No.  Go to Part 10.
     ☐ Yes.  Fill in the information below.

**55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**56.  Total of Part 9.**
     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.   $0.00

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**
     ☒ No
     ☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ☒ No
     ☐ Yes

| Debtor | **Don Tietz Construction, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 10: Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

Current value of debtor's interest

**71. Notes receivable**

Description (include name of obligor)

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

Debtor    **Don Tietz Construction, Inc.**                                    Case number (if known) _____
            Name

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

   **(Don Tietz Construction asset) 2005 Komatsu PC120-6E 32" Bucket Hydraulic Excavator**

   **(this is collateral for two loans.  One loan through Komatsu, and the other through Community
   Development Bank)**                                                                    **$30,000.00**

**78. Total of Part 11.**                                                                 **$30,000.00**
   Add lines 71 through 77. Copy the total to line 90.

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

**Part 12:    Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$37.56** | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| **83. Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| **84. Inventory.** *Copy line 23, Part 5.* | **$900.00** | |
| **85. Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$830.00** | |
| **87. Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$122,345.00** | |
| **88. Real property.** *Copy line 56, Part 9.* ......................................➔ | | **$0.00** |
| **89. Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| **90. All other assets.** *Copy line 78, Part 11.* | + **$30,000.00** | |
| **91. Total.** Add lines 80 through 90 for each column. | 91a. **$154,112.56** | + 91b. **$0.00** |

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ............................................   **$154,112.56**

**Fill in this information to identify the case:**

Debtor name **Don Tietz Construction, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF MINNESOTA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | *Column B*<br>**Value of collateral<br>that supports<br>this claim** |
| --- | --- | --- | --- |
| **2.1** **Creditor's name**<br>**Citizens One Auto Finance**<br><br>**Creditor's mailing address**<br>**PO Box 7000**<br><br><br>**Providence      RI    02940**<br><br>**Creditor's email address, if known**<br><br>**Date debt was incurred**<br>**Last 4 digits of account<br>number          9  9  1  9**<br><br>**Do multiple creditors have an interest in<br>the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this<br>creditor, and its relative priority. | **Describe debtor's property that is<br>subject to a lien**<br>**2012 Dodge 1500 (Business Debt)**<br>**Describe the lien**<br>**Don Tietz Consruction Debt**<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,658.40 | $20,200.00 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the
   Additional Page, if any.**                                                                  $50,126.08

Debtor   **Don Tietz Construction, Inc.** _____   Case number (if known) _____

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | *Amount of claim* | *Value of collateral* |
| | | **Amount of claim** | **Value of collateral** |
| | | Do not deduct the | **that supports** |
| | | value of collateral. | **this claim** |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.2**

| | |
|---|---|
| Creditor's name | Describe debtor's property that is |
| **Community Development Bank** | **subject to a lien** |

Amount of claim: **$29,797.93**    Value of collateral: **$101,345.00**

Creditor's mailing address
**PO BOox 38**

Describe debtor's property that is subject to a lien

**Secured by land owned by Don &
Coleen Tietz & Koma**

Describe the lien

**Don Tietz Construction Debt**

**Ogeno            MN   56569**

Creditor's email address, if known
_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Date debt was incurred   **5/7/2012**

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account
number        **2   1   3   7**

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in
the same property?

☐ No
☑ Yes.  Have you already specified the
relative priority?

☑ No.  Specify each creditor, including this
creditor, and its relative priority.

**For Don Tietz Construction Inc
Stock #1  (collateral for
Commun: 1) Community
Development Bank.  For Don
Tietz Contruction Inc Stock #2
(collateral for Communit: 1)
Community Development Bank.
For (Don Tietz Construction
asset) 2005 Komatsu PC120-6E
32" Bucket Hydraulic Excavator
(this is collateral for two loans.
One loan through Komatsu, and
the other through Community
Development Bank): 1) Komatsu;
2) Community Development
Bank.**

☐ Yes.  The relative priority of creditors is
specified on lines  _____

| Debtor | **Don Tietz Construction, Inc.** | Case number (if known) |
|---|---|---|

| **Part 1:** | **Additional Page** | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|

**2.3**

| Creditor's name | Describe debtor's property that is subject to a lien | $5,475.24 | $30,000.00 |
|---|---|---|---|
| **Komatsu** | | | |

Creditor's mailing address
**PO Box 99303**

Describe debtor's property that is subject to a lien

**Komatsu Hydraulic Excavator (Business Debt)l**

Describe the lien

**Business Debt**

**Chicago          IL      60693-9303**

Creditor's email address, if known

Is the creditor an insider or related party?

☑ No
☐ Yes

Date debt was incurred   **4/24/2013**

Last 4 digits of account number          **3   0   0   0**

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines **2.2**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**2.4**

| Creditor's name | Describe debtor's property that is subject to a lien | $9,194.51 | $30,800.00 |
|---|---|---|---|
| **TD Auto Finance** | | | |

Creditor's mailing address
**PO Box 16035**

**Lewiston, ME 04243-95147**

Describe debtor's property that is subject to a lien

**2012 Dodge 3500 Pickup**

Describe the lien

**Don Tietz Construction Debt**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Date debt was incurred   **2/27/2013**

Last 4 digits of account number          **9   1   5   5**

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Fill in this information to identify the case:**

Debtor **Don Tietz Construction, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF MINNESOTA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐    No.  Go to Part 2.
☑    Yes.  Go to line 2.

2.    **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $918.28 | $918.28 |

**2.1** Priority creditor's name and mailing address

**Internal Revenue Service**

**Centralized Insolvency Operations**

**PO Box 7346**

**Philadelphia**          **PA**    **19101-7346**

Date or dates debt was incurred
**2010**

Last 4 digits of account
number     ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Don Tietz Construction 2010 940 Business Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

**2.2** Priority creditor's name and mailing address

**Internal Revenue Service**

**Centralized Insolvency Operations**

**PO Box 7346**

**Philadelphia**          **PA**    **19101-7346**

Date or dates debt was incurred
**2011**

Last 4 digits of account
number     ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the claim is: *Check all that apply.*

$932.96          $932.96

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Don Tietz Construction 2011 940 Business Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

Debtor    **Don Tietz Construction, Inc.** _____    Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.3**    Priority creditor's name and mailing address

**Internal Revenue Service**

**Centralized Insolvency Operations**

**PO Box 7346**

**Philadelphia**         **PA**    **19101-7346**

Date or dates debt was incurred

**2012**

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Don Tietz Construction 2012 940 Business Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$407.32**    Priority amount: **$407.32**

---

**2.4**    Priority creditor's name and mailing address

**Internal Revenue Service**

**Centralized Insolvency Operations**

**PO Box 7346**

**Philadelphia**         **PA**    **19101-7346**

Date or dates debt was incurred

**2013**

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Don Tietz Construction 2010 940 Business Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$557.74**    Priority amount: **$557.74**

---

**2.5**    Priority creditor's name and mailing address

**Internal Revenue Service**

**Centralized Insolvency Operations**

**PO Box 7346**

**Philadelphia**         **PA**    **19101-7346**

Date or dates debt was incurred

**2011**

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Don Tietz Construction 2011 941 Business Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$13,624.72**    Priority amount: **$13,624.72**

| Debtor | **Don Tietz Construction, Inc.** | Case number (if known) |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.6**   Priority creditor's name and mailing address

**Internal Revenue Service**

**Centralized Insolvency Operations**

**PO Box 7346**

**Philadelphia**        **PA**    **19101-7346**

Date or dates debt was incurred

**2012**

Last 4 digits of account
number        ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Don Tietz Construction 2012 941 Business Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$53,044.19**    Priority amount: **$53,044.19**

---

**2.7**   Priority creditor's name and mailing address

**Internal Revenue Service**

**Centralized Insolvency Operations**

**PO Box 7346**

**Philadelphia**        **PA**    **19101-7346**

Date or dates debt was incurred

**2013**

Last 4 digits of account
number        ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Don Tietz Construction 2013 941 Business Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$51,233.48**    Priority amount: **$51,233.48**

---

**2.8**   Priority creditor's name and mailing address

**Internal Revenue Service**

**Centralized Insolvency Operations**

**PO Box 7346**

**Philadelphia**        **PA**    **19101-7346**

Date or dates debt was incurred

**2014**

Last 4 digits of account
number        ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Don Tietz Construction 2014 941 Business Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$22,009.10**    Priority amount: **$22,009.10**

Debtor   **Don Tietz Construction, Inc.**                          Case number (if known)

---

| Part 1: | Additional Page |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |

**2.9**   Priority creditor's name and mailing address

**Internal Revenue Service**

**Centralized Insolvency Operations**

**PO Box 7346**

**Philadelphia          PA     19101-7346**

Date or dates debt was incurred

**2015**

Last 4 digits of account
number     ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Don Tietz Construction 2015 941 Business Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$24,675.11**   Priority amount: **$24,675.11**

---

**2.10**   Priority creditor's name and mailing address

**Internal Revenue Service**

**Centralized Insolvency Operations**

**PO Box 7346**

**Philadelphia          PA     19101-7346**

Date or dates debt was incurred

**2016**

Last 4 digits of account
number     ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Don Tietz Construction 2016 941 Business Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$29,316.20**   Priority amount: **$29,316.20**

---

**2.11**   Priority creditor's name and mailing address

**Internal Revenue Service**

**Centralized Insolvency Operations**

**PO Box 7346**

**Philadelphia          PA     19101-7346**

Date or dates debt was incurred

**2015**

Last 4 digits of account
number     ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**2015 Federal Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$11,797.12**   Priority amount: **$11,797.12**

| Debtor | **Don Tietz Construction, Inc.** | Case number (if known) | |
|---|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.12** **Priority creditor's name and mailing address**

**Internal Revenue Service**

**Centralized Insolvency Operations**

**PO Box 7346**

**Philadelphia** **PA** **19101-7346**

**Date or dates debt was incurred**

**2016**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **8** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**2016 Federal Taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$16,323.69** Priority amount: **$16,323.69**

**2.13** **Priority creditor's name and mailing address**

**Internal Revenue Service**

**Centralized Insolvency Operations**

**PO Box 7346**

**Philadelphia** **PA** **19101-7346**

**Date or dates debt was incurred**

**2015-2016**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **8** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Civ Pen Taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$28,259.82** Priority amount: **$28,259.82**

**2.14** **Priority creditor's name and mailing address**

**Internal Revenue Service**

**Centralized Insolvency Operations**

**PO Box 7346**

**Philadelphia** **PA** **19101-7346**

**Date or dates debt was incurred**

**9/30/2015**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **8** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**6672 Federal Tax**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$3,585.93** Priority amount: **$3,585.93**

| Debtor | **Don Tietz Construction, Inc.** | Case number (if known) |
|---|---|---|

## Part 1:   Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.15**   Priority creditor's name and mailing address

**Internal Revenue Service**

**Centralized Insolvency Operations**

**PO Box 7346**

**Philadelphia        PA    19101-7346**

**Date or dates debt was incurred**

**12/31/2015**

**Last 4 digits of account number**        ___  ___  ___  ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(  **8**  )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**6672 Federal Tax**

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim: **$8,126.17**        Priority amount: **$8,126.17**

---

**2.16**   Priority creditor's name and mailing address

**Internal Revenue Service**

**Centralized Insolvency Operations**

**PO Box 7346**

**Philadelphia        PA    19101-7346**

**Date or dates debt was incurred**

**3/31/2016**

**Last 4 digits of account number**        ___  ___  ___  ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(  **8**  )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**6672 Federal Tax**

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim: **$6,906.54**        Priority amount: **$6,906.54**

---

**2.17**   Priority creditor's name and mailing address

**Internal Revenue Service**

**Centralized Insolvency Operations**

**PO Box 7346**

**Philadelphia        PA    19101-7346**

**Date or dates debt was incurred**

**6/30/2016**

**Last 4 digits of account number**        ___  ___  ___  ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(  **8**  )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**6672 Federal Tax**

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim: **$4,115.62**        Priority amount: **$4,115.62**

Debtor    **Don Tietz Construction, Inc.**                                        Case number (if known) _____

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.18**   Priority creditor's name and mailing address
**Internal Revenue Service**

**Centralized Insolvency Operations**

**PO Box 7346**

**Philadelphia**           **PA**      **19101-7346**

Date or dates debt was incurred
**9/30/2017**

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**6672 Federal Tax**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$5,183.90**    Priority amount **$5,183.90**

**2.19**   Priority creditor's name and mailing address
**Minnesota Revenue**

**PO BOx 64564**

**St. Paul, MN 55164-0564**

**Saint Paul**           **MN**      **55164-0447**

Date or dates debt was incurred
_____

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**State Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$65,000.00**    Priority amount **$65,000.00**

**2.20**   Priority creditor's name and mailing address
**Minnesota Revenue**

**Attn: Collection Division**

**PO Box 64564**

**St. Paul**           **MN**      **55164-0564**

Date or dates debt was incurred
**2016**

Last 4 digits of account number   **1** **2** **6** **9**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**State Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$6,467.43**    Priority amount **$6,467.43**

| Debtor | **Don Tietz Construction, Inc.** | | Case number (if known) | |
|---|---|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1**   Nonpriority creditor's name and mailing address

**Acme Tools**

**PO Box 13720**

**Grand Forks**          **ND**      **58208-3720**

Date or dates debt was incurred

Last 4 digits of account number      **9    3    5    8**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Don Tietz Construction Debt**

Is the claim subject to offset?

☑ No
☐ Yes

**$931.27**

**3.2**   Nonpriority creditor's name and mailing address

**Bank of America**

**Attn: Bankruptcy Department**

**475 Cross Point Pkwy**

**PO Box 9000**

**Getzville**          **NY**      **14068-9000**

Date or dates debt was incurred

Last 4 digits of account number      **5    0    4    5**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Credit Card (Don Tietz Construction Debt)**

Is the claim subject to offset?

☑ No
☐ Yes

**$14,995.72**

**3.3**   Nonpriority creditor's name and mailing address

**Berkley Risk Administration Company**

**PO Box 59143**

**Minneapolis**          **MN**      **55459-0143**

Date or dates debt was incurred

Last 4 digits of account number      **9    2    0    0**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**MN WCI (Don Tietz Construction Debt)**

Is the claim subject to offset?

☑ No
☐ Yes

**$8,138.00**

**3.4**   Nonpriority creditor's name and mailing address

**Blueberry Log & Timber**

**PO Box 352**

**Park Rapids**          **MN**      **56470**

Date or dates debt was incurred

Last 4 digits of account number      __   __   __   __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Don Tietz Construction Debt**

Is the claim subject to offset?

☑ No
☐ Yes

**$4,127.34**

| Debtor | **Don Tietz Construction, Inc.** | Case number (if known) | |
|---|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.5** Nonpriority creditor's name and mailing address

**Bremer Bank**

**PO Box 1000**

**Lake Elmo**          **MN**    **55042-1000**

Date or dates debt was incurred          **4/6/2016**

Last 4 digits of account number          **0   0   0   3**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Don Tietz Construction (Debtor is pers. guarantor)**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,282.04**

---

**3.6** Nonpriority creditor's name and mailing address

**Can Capital Inc.**

**2015 Vaughn Rd. Building 500**

**Kennesaaw**          **GA**    **30144**

Date or dates debt was incurred

Last 4 digits of account number          ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Payday Loan (Don Tietz Construction)**

Is the claim subject to offset?
☑ No
☐ Yes

**$30,000.00**

---

**3.7** Nonpriority creditor's name and mailing address

**Community Coop (Cenex)**

**13983 US Hwy. 10**

**Lake Park**          **MN**    **56554**

Date or dates debt was incurred

Last 4 digits of account number          ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Don Tietz Construction Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$12,000.00**

---

**3.8** Nonpriority creditor's name and mailing address

**Detroit Lakes Newspaper**

**Forum Communications Company**

**PO Box 2020**

**Fargo**          **ND**    **58107**

Date or dates debt was incurred

Last 4 digits of account number          ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Don Tietz Construction Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$11,000.00**

---

Debtor    **Don Tietz Construction, Inc.** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $13,269.16 |

**Don Tietz Construction, Inc.**

**PO Box 5**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Callaway**          **MN    56521**

Basis for the claim:
**Wage Claim**

Date or dates debt was incurred    _____

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☒ No
☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $11,773.00 |

**Esser Plumbing and Heating**

**542 W Main St**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Perham**          **MN    56573**

Basis for the claim:
**Don Tietz Construction Debt**

Date or dates debt was incurred    _____

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☒ No
☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $28,252.84 |

**Franklin Fence Company, Inc**

**109 1st Ave. S**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Vergas**          **MN    56587**

Basis for the claim:
**Summons and Complaint (Don Tietz Construction)**

Date or dates debt was incurred    _____

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☒ No
☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $3,392.22 |

**Green's Plumbing Modern Heating**

**18550 US Hwy 59**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Detroit Lakes**          **MN    56501**

Basis for the claim:
**Don Tietz Construction Debt**

Date or dates debt was incurred    _____

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☒ No
☐ Yes

| Debtor | **Don Tietz Construction, Inc.** | Case number (if known) |
|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

### 3.13 Nonpriority creditor's name and mailing address

Hanson's Plumbing & Heating Inc.

PO Box 99

Vergas                    MN    56587

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Don Tietz Construction Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**$1,727.40**

### 3.14 Nonpriority creditor's name and mailing address

Hough, Inc

PO Box 2

Detroit Lakes              MN    56501

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Don Tietz Construction Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**$2,088.47**

### 3.15 Nonpriority creditor's name and mailing address

Knight Capital

1691 Michigan aVe, Ste 230

Miami Beach                FL    33139

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Payday Loan (Don Tietz Construction)**

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**$30,000.00**

### 3.16 Nonpriority creditor's name and mailing address

Kruger Water Wells

PO Box 335

Audobon                    MN    56511

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Don Tietz Construction Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**$5,117.00**

| Debtor | **Don Tietz Construction, Inc.** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.17**  Nonpriority creditor's name and mailing address

**Loan Me Inc**

**PO Box 5645**

**Orange**  CA  **92863**

Date or dates debt was incurred    **4/2016**

Last 4 digits of account number    **8   6   3   5**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Payday Loan (Don Tietz Construction Debt)**

Is the claim subject to offset?
☑ No
☐ Yes

**$15,998.00**

**3.18**  Nonpriority creditor's name and mailing address

**Malstron Electric**

**12375**

**Co Hwy 17**

**Detroit Lakes**  MN  **56501**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Don Tietz Construction Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,883.81**

**3.19**  Nonpriority creditor's name and mailing address

**Minnesota Assigned Risk Plan**

**7701 France Ave S, Suite 450**

**Minneapolis**  MN  **55435**

Date or dates debt was incurred

Last 4 digits of account number    **3   9   2   6**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,138.00**

**3.20**  Nonpriority creditor's name and mailing address

**Minnesota Unemployment Insurance**

**PO Box 64621**

**St. Paul.**  MN  **55164-0621**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Don Tietz Construction (Unemploymen Insurance)**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,668.14**

| Debtor | **Don Tietz Construction, Inc.** | Case number (if known) |
|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.21** Nonpriority creditor's name and mailing address

**Minnesota Unemployment Insurance**

**PO Box 64621**

**St. Paul.**    **MN**    **55164-0621**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Don Tietz Construction (Unemploymen Insurance)**

Is the claim subject to offset?
☑ No
☐ Yes

$33,901.02

**3.22** Nonpriority creditor's name and mailing address

**Mississippi Pillager LLC**

**DBA: White Earth Enterprises**

**PO Box 418**

**Manhomen**    **MN**    **56557**

Date or dates debt was incurred

Last 4 digits of account number ___ **3** **8** **7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**(Don Tietz Construction Debt)**

Is the claim subject to offset?
☑ No
☐ Yes

$40,676.95

**3.23** Nonpriority creditor's name and mailing address

**Steve Lamb Attorney at Law**

**c/o James A Garrity and Karen J Garrity**

**218 Northern Pacific Avenue**

**Fargo**    **ND**    **58107**

Date or dates debt was incurred

Last 4 digits of account number **1** **3** **2** **8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Don Tietz Construction Business Lawsuit**

Is the claim subject to offset?
☑ No
☐ Yes

Unknown

**3.24** Nonpriority creditor's name and mailing address

**Steven Schmit, Jenel Investments,**

**Blue Sky, Inc**

**801 Roosevelt Ave**

**Detroit Lakes**    **MN**    **56501**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Lawsuit (Don Tietz Construction Debt)**

Is the claim subject to offset?
☑ No
☐ Yes

$21,000.00

| Debtor | **Don Tietz Construction, Inc.** | Case number (if known) |
|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.25**  Nonpriority creditor's name and mailing address

**Wells Fargo**

**PO Box 29482**

Phoenix                AZ        85038-8650

Date or dates debt was incurred

Last 4 digits of account number        6    3    7    9

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Line of Credit (Don Tietz Construction)**

Is the claim subject to offset?
☑ No
☐ Yes

**$75,886.28**

---

**3.26**  Nonpriority creditor's name and mailing address

**Wells Fargo Card Services**

**PO Box 77053**

**Minneapolis, MN 55480-77553**

Date or dates debt was incurred

Last 4 digits of account number        2    7    2    7

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Credit Card (Don Tietz Construction)**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,815.16**

---

**3.27**  Nonpriority creditor's name and mailing address

**White Earth Sanitation**

**3282 US Hwy 59 S**

Waubun                MN        56589

Date or dates debt was incurred

Last 4 digits of account number        __    __    __    __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Don Tietz Construction Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,756.80**

---

Debtor    **Don Tietz Construction, Inc.**                              Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4.    List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be
       listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

       If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages
       are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.1**    **Credit Collections Bureau**                Line _____                          __ __ __ __

          **PO Box 9966**                              ☑ Not listed.  Explain:
                                                          **Notice Only**

          **Fargo**              **ND**    **58106**

**4.2**    **Credit Service International Corp**        Line **3.13**                        __ __ __ __

          **516 2nd St 208**                            ☐ Not listed.  Explain:

          **Hudson**            **WI**    **54016**

**4.3**    **Firstmark Services**                       Line _____                          __ __ __ __

          **PO Box 2977**                               ☑ Not listed.  Explain:
                                                          **Notice Only**

          **Omaha**              **NE**    **68103-2977**

**4.4**    **Internal Revenue Service**                 Line **2.13**                        __ __ __ __

          **John T Miller**                             ☐ Not listed.  Explain:

          **1010 W St Germain**

          **Suite 310**

          **St Cloud**          **MN**    **56301**

**4.5**    **Lakes Area Plumbing and Heating**          Line **3.23**                        __ __ __ __

          **PO Box 186**                                ☐ Not listed.  Explain:

          **Merrifield**        **MN**    **56465**

**4.6**    **Mercantile Adjustment Bureau, LLC**        Line **3.2**                         **3**  **6**  **3**  **4**

          **165 Lawrence Bell Dr**                       ☐ Not listed.  Explain:

          **Williamsville**     **NY**    **14221**

| Debtor | **Don Tietz Construction, Inc.** | Case number (if known) | |
|---|---|---|---|

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **Minnesota Department of Revenue**<br>**PO Box 64447-BKY**<br><br>**St. Paul            MN      55164-0447** | Line  **3.21**<br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.8 | **National Enterprise Systems**<br>**2479 Edison Blvd, Unit A**<br>**Twinsburg, OH 4087-2340** | Line  **3.2**<br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.9 | **Pemberton, Sorlie, Rufer & Kershner**<br>**903 Washington Ave**<br><br>**Detroit Lakes        MN     56501** | Line  **3.24**<br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.10 | **Samuel D. Felix, Attorney at Law**<br>**450 West Main St**<br><br>**Perham             MN     56573** | Line  **3.11**<br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.11 | **Windham Professionals, Inc.**<br>**382 Main Street**<br><br>**Salem              NH     03079-2412** | Line  **3.19**<br>☐ Not listed.  Explain: | __ __ __ __ |

Debtor    **Don Tietz Construction, Inc.** _____      Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

                                                                           **Total of claim amounts**

5a.   **Total claims from Part 1**                              5a.    _____$352,485.32_

5b.   **Total claims from Part 2**                              5b. **+** _____$400,818.62_

5c.   **Total of Parts 1 and 2**                               5c.    | $753,303.94 |
      Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name **Don Tietz Construction, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF MINNESOTA**

Case number
(if known) _____   Chapter ___**7**___

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                   12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries
consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

☑  No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☐  Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property*
(Official Form 206A/B).

2.   **List all contracts and unexpired leases**                         **State the name and mailing address for all other
parties with whom the debtor has an executory
contract or unexpired lease**

**Fill in this information to identify the case:**

Debtor name __**Don Tietz Construction, Inc.**__

United States Bankruptcy Court for the: __**DISTRICT OF MINNESOTA**__

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Guy Tietz** | **23657 Upsala Church Rd**<br>Number    Street<br><br>**Detroit Lakes      MN   56501**<br>City                        State   ZIP Code | **TD Auto Finance** | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 **Jason Coely** | **22880 NE Pickeral Lake Rd**<br>Number    Street<br><br>**Detroit Lakes      MN   56501**<br>City                        State   ZIP Code | **Citizens One Auto Finance** | ☑ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name     **Don Tietz Construction, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF MINNESOTA**

Case number
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/19/2017**          X **/s/ Donald Tietz**
         MM / DD / YYYY                  Signature of individual signing on behalf of debtor

                                         **Donald Tietz**
                                         Printed name

                                         **President**
                                         Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Don Tietz Construction, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF MINNESOTA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

**1.**   **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions<br>and exclusions |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2017** to<br>MM / DD / YYYY | Filing date | ☑ Operating a business<br>☐ Other | **$71,596.98** |
| For prior year: | From **01/01/2016** to<br>MM / DD / YYYY | **12/31/2016**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | **$498,709.74** |
| For the year before that: | From **01/01/2015** to<br>MM / DD / YYYY | **12/31/2015**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | **$977,799.44** |

**2.**   **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3.**   **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Debtor | **Don Tietz Construction, Inc.** | Case number (if known) | _____ |
|---|---|---|---|
| | Name | | |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425.  (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☑ None

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

## Part 3:    Legal Actions or Assignments

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☑ None

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5:    Certain Losses

**10.   All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

Debtor  **Don Tietz Construction, Inc.** _____  Case number (if known) _____
_____Name_____

## Part 6:    Certain Payments or Transfers

**11.  Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year
before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or
restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Madlom Law Office** | | **7/6/17 - $1,000** | **$2,500.00** |
| | | **7/19/17 -** | |
| **Address** | | **$1,500** | |
| **1330 E Gateway Drive SW** | | | |
| Street | | | |
| _____ | | | |
| **Fargo**         **ND**    **58103** | | | |
| City         State   ZIP Code | | | |
| **Email or website address** | | | |
| _____ | | | |
| **Who made the payment, if not debtor?** | | | |
| _____ | | | |

**12.  Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing
of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13.  Transfers not already listed on this statement**
List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the
debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or
financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this
statement.

☑ None

## Part 7:    Previous Locations

**14.  Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | Dates of occupancy | |
|---|---|---|---|
| 14.1.  **23865 250th St** | | From    **1992** | To    **10/2016** |
| Street | | | |
| _____ | | | |
| **Detroit Lakes**         **MN**    **56501** | | | |
| City         State   ZIP Code | | | |

Debtor    **Don Tietz Construction, Inc.**                                    Case number (if known) _____
    Name

**Address**                                                                    **Dates of occupancy**

14.2.    **PO Box 5**                                                          From    **10/2016**    To    **Present**
    Street

    **Callaway**                                      **MN**    **56521**
    City                                              State    ZIP Code

---

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

---

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

    Does the debtor have a privacy policy about that information?
    ☐ No.
    ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
    ☐ No.  Go to Part 10.
    ☐ Yes.  Fill in below:

---

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

Debtor   **Don Tietz Construction, Inc.**                                    Case number (if known) _____
       Name

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before
filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a
building in which the debtor does business.

☑ None

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held
in trust.  Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Jason Coley**<br>Name | **22880 NE Pickerel Lake Rd** | **2012 Dodge 1500** | **$20,200.00** |
| **22880 NE Pickerel Lake Rd**<br>Street | **Detroit Lakes     MN   56501** | | |
| **Detroit Lakes     MN   566501**<br>City       State  ZIP Code | | | |
| Owner's name and address | Location of the property | Description of the property | Value |
| **Guy Tietz**<br>Name | **23657 Upsala Church Rd** | **2012 Dodge 3500** | **$30,800.00** |
| **23657 Upsala Church Rd**<br>Street | **Detroit Lakes     MN   56501** | | |
| **Detroit Lakes     MN   56501**<br>City       State  ZIP Code | | | |

Debtor   **Don Tietz Construction, Inc.** _____   Case number (if known) _____
Name

---

**Part 12:**   **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes. Provide details below.

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

24. **Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

26. **Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

Name and address | Dates of service

26a.1.  **John Hintermister**
Name
**421 Main St W**
Street
_____

**Detroit Lakes**      **MN**     **56501**
City                State    ZIP Code

From _____ To _____

Name and address | Dates of service

26a.2.  **Jason Coley**
Name
**22880 NE Pickeral Lake Rd**
Street
_____

**Detroit Lakes**      **MN**     **56501**
City                State    ZIP Code

From _____ To _____

Debtor    **Don Tietz Construction, Inc.** _____    Case number (if known) _____
          Name

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial
      statement within 2 years before filing this case.

      ☑ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

      ☐ None

      **Name and address**                                        **If any books of account and records are
                                                                  unavailable, explain why**

26c.1.  **John Hintermister** _____
        Name
        **421 Main St W** _____
        Street
        _____

        **Detroit Lakes** _____    **MN**    **56501** _____
        City                           State      ZIP Code

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a
      financial statement within 2 years before filing this case.

      ☑ None

**27.  Inventories**
      Have any inventories of the debtor's property been taken within 2 years before filing this case?

      ☑ No.
      ☐ Yes.  Give the details about the two most recent inventories.

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders,
      or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Donald Tietz** | **PO Box 5**<br>**Callaway, MN 56521** | **President** | **100%** |

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners,
      members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

      ☑ No
      ☐ Yes.  Identify below.

| Name | Address | Position and nature of<br>any interest | Period during which position<br>or interest was held |
|---|---|---|---|

Debtor    __**Don Tietz Construction, Inc.**_____    Case number (if known) _____
      Name

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes.  Identify below.

| | **Name and address of recipient** | **Amount of money or description and value of property** | **Dates** | **Reason for providing the value** |
|---|---|---|---|---|
| 30.1. | **Guy Tietz**<br>Name<br>**23657 Upsala Church Rd**<br>Street<br><br>**Detroit Lakes    MN    56501**<br>City    State    ZIP Code<br><br>Relationship to debtor<br>**Employee** | **Truck payments made as part of wages**<br>**$4,175.11** | 9/1/16-<br>$611.38<br>11/12/16-<br>$1446.66<br>12/15/16-<br>$705.69<br>1/13/17-<br>$705.69<br>2/14/17-<br>$705.69 | |

| | **Name and address of recipient** | **Amount of money or description and value of property** | **Dates** | **Reason for providing the value** |
|---|---|---|---|---|
| 30.2. | **Jason Coley**<br>Name<br>**22880 NE Pickerel Lake Rd**<br>Street<br><br>**Detroit Lakes    MN    56501**<br>City    State    ZIP Code<br><br>Relationship to debtor<br>**Employee** | **Truck payment as part of wages**<br>**$5,519.28** | 7/19/16-<br>$689.91<br>8/1/16-<br>$2069.73<br>11/12/16-<br>$689.91<br>12/16/16-<br>$689.91<br>1/12/17-<br>$689.91<br>2/13/17-<br>$689.91 | |

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

Debtor    **Don Tietz Construction, Inc.**_____    Case number (if known) _____
_____Name

## Part 14:    Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/19/2017**_____
_____MM / DD / YYYY

**X** **/s/ Donald Tietz**_____    Printed name  **Donald Tietz**_____
_____Signature of individual signing on behalf of the debtor

_____Position or relationship to debtor  **President**_____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
## FERGUS FALLS DIVISION

In re **Don Tietz Construction, Inc.**

Case No. _____

Chapter   **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept.................................................................   **$2,500.00**

Prior to the filing of this statement I have received........................................................   **$2,500.00**

Balance Due................................................................................................................   **$0.00**

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<table>
<tr><td colspan="2" align="center"><strong>CERTIFICATION</strong></td></tr>
<tr><td colspan="2">I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.</td></tr>
<tr><td><strong>07/19/2017</strong><br>*Date*</td><td><strong>/s/ Bruce L. Madlom</strong><br>*Bruce L. Madlom*   Bar No.  04716<br>Madlom Law Office<br>1330 Gateway Dr. S.W.<br>P.O. Box 9693<br>Fargo, ND  58106-9693<br>Phone: (701) 235-0505 / Fax: (701) 234-9509</td></tr>
</table>

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
FERGUS FALLS DIVISION**

IN RE:   **Don Tietz Construction, Inc.**                          CASE NO

                                                                CHAPTER    **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

        The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  7/19/2017 _____               Signature  _/s/ Donald Tietz_____
                                                        _Donald Tietz_
                                                        _President_

Date _____               Signature _____

Acme Tools
PO Box 13720
Grand Forks, ND 58208-3720


Bank of America
Attn: Bankruptcy Department
475 Cross Point Pkwy
PO Box 9000
Getzville, NY 14068-9000

Berkley Risk Administration Company
PO Box 59143
Minneapolis, MN 55459-0143


Blueberry Log & Timber
PO Box 352
Park Rapids, MN 56470


Bremer Bank
PO Box 1000
Lake Elmo, MN 55042-1000


Can Capital Inc.
2015 Vaughn Rd. Building 500
Kennesaaw, GA 30144


Citizens One Auto Finance
PO Box 7000
Providence, RI 02940


Community Coop (Cenex)
13983 US Hwy. 10
Lake Park, MN 56554


Community Development Bank
PO BOox 38
Ogeno, MN 56569

Credit Collections Bureau
PO Box 9966
Fargo, ND 58106


Credit Service International Corp
516 2nd St 208
Hudson, WI 54016


Detroit Lakes Newspaper
Forum Communications Company
PO Box 2020
Fargo, ND 58107

Don Tietz Construction, Inc.
PO Box 5
Callaway, MN  56521


Esser Plumbing and Heating
542 W Main St
Perham, MN 56573


Firstmark Services
PO Box 2977
Omaha, NE 68103-2977


Franklin Fence Company, Inc
109 1st Ave. S
Vergas, MN 56587


Green's Plumbing Modern Heating
18550 US Hwy 59
Detroit Lakes, MN 56501


Hanson's Plumbing & Heating Inc.
PO Box 99
Vergas, MN 56587

Hough, Inc
PO Box 2
Detroit Lakes, MN 56501


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
John T Miller
1010 W St Germain
Suite 310
St Cloud, MN 56301

Knight Capital
1691 Michigan aVe, Ste 230
Miami Beach, FL 33139


Komatsu
PO Box 99303
Chicago, IL 60693-9303


Kruger Water Wells
PO Box 335
Audobon, MN 56511


Lakes Area Plumbing and Heating
PO Box 186
Merrifield, MN 56465


Loan Me Inc
PO Box 5645
Orange, CA 92863


Malstron Electric
12375
Co Hwy 17
Detroit Lakes, MN 56501

Mercantile Adjustment Bureau, LLC
165 Lawrence Bell Dr
Williamsville, NY 14221


Minnesota Assigned Risk Plan
7701 France Ave S, Suite 450
Minneapolis, MN 55435


Minnesota Department of Revenue
PO Box 64447-BKY
St. Paul, MN 55164-0447


Minnesota Revenue
PO BOx 64564
St. Paul, MN 55164-0564
Saint Paul, MN 55164-0447


Minnesota Revenue
Attn: Collection Division
PO Box 64564
St. Paul, MN 55164-0564


Minnesota Unemployment Insurance
PO Box 64621
St. Paul. MN 55164-0621


Mississippi Pillager LLC
DBA: White Earth Enterprises
PO Box 418
Manhomen, MN 56557


National Enterprise Systems
2479 Edison Blvd, Unit A
Twinsburg, OH 4087-2340


Pemberton, Sorlie, Rufer & Kershner
903 Washington Ave
Detroit Lakes, MN 56501

Samuel D. Felix, Attorney at Law
450 West Main St
Perham, MN 56573


Steve Lamb Attorney at Law
c/o James A Garrity and Karen J Garrity
218 Northern Pacific Avenue
Fargo, ND 58107


Steven Schmit, Jenel Investments,
Blue Sky, Inc
801 Roosevelt Ave
Detroit Lakes, MN 56501


TD Auto Finance
PO Box 16035
Lewiston, ME 04243-95147


Wells Fargo
PO Box 29482
Phoenix, AZ 85038-8650


Wells Fargo Card Services
PO Box 77053
Minneapolis, MN 55480-77553


White Earth Sanitation
3282 US Hwy 59 S
Waubun, MN 56589


Windham Professionals, Inc.
382 Main Street
Salem, NH 03079-2412